|  |  |
|---|---|
| KEVIN H. SCOTT, et al., | Case No. **1:18-cv-00861-LJO-JLT** |
| Plaintiffs, | **ORDER ON STIPULATION TO DISMISS THE FIRST AND SECOND CAUSES OF ACTION** |
| vs. |  |
| JAYCO, INC., et al., | (Doc. 10) |
| Defendants. |  |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

The parties agree (Doc. 10) the plaintiffs will no longer pursue the claims for (1) Violation of the Song-Beverly Consumer Warranty Act Breach of Express Warranty; or (2) Violation of the Song-Beverly Consumer Warranty Act Breach of Implied. They agree further that the plaintiffs are forever barred from pursuing these claims against the defendant. Thus, the Clerk of the Court is DIRECTED to note on the docket the plaintiffs' agreement to dismiss these causes of action with prejudice.

IT IS SO ORDERED.

Dated: **September 25, 2018**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE